CHARLES A. ERICKSON, Respondent, *v.* ERNEST SUTTON, Defendant, and ELVIN SUNDELL, Appellant.

(Argued December 4, 1929; decided January 7, 1930.)

*Mc Kinley L. Phillips* for appellant.

*J. Russell Rogerson* for respondent.

Judgment affirmed, with costs, on the ground that the question presented by the appellant is not raised upon the record; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.